**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 97-6409**

———————————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

BRUCE CAMPBELL,

Defendant - Appellant.

———————————

Appeal from the United States District Court for the District of
South Carolina, at Greenville.  William B. Traxler, Jr., District
Judge.  (CR-94-941, CA-96-2185-6)

———————————

Submitted:  September 25, 1997        Decided:  October 8, 1997

———————————

Before LUTTIG, MICHAEL, and MOTZ, Circuit Judges.

———————————

Dismissed by unpublished per curiam opinion.

———————————

Bruce Campbell, Appellant Pro Se.  Harold Watson Gowdy, III, OFFICE
OF THE UNITED STATES ATTORNEY, Greenville, South Carolina, for
Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1997). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. <u>United States v. Campbell</u>, Nos. CR-94-941; CA-96-2185-6 (D.S.C. Feb. 18, 1997).[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>

---

[*] In light of this disposition, Appellant's motion to expedite the appeal is hereby denied.